UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. OLLIVIER, | No. 2:25-cv-3046 SCR P |
| Plaintiff, | |
| v. | ORDER |
| DOUGLAS PROUDY, et al., | |
| Defendants. | |

Plaintiff is a resident of a state hospital and proceeding pro se with this civil rights action under 42 U.S.C. § 1983.  This case appears to be duplicative of another case plaintiff has pending before the undersigned, Ollivier v. Proudy, et al., 2:25-cv-2028 DC SCR P (E.D. Cal.).  In both cases, plaintiff accuses defendant Proudy, a Plumas County Superior Court Judge, and other state court officials of false arrest for finding him incompetent and sending him to a state hospital.[1]  Accordingly, the undersigned seeks clarification from plaintiff as to whether he intended to file a new case separate from Ollivier v. Proudy, et al., 2:25-cv-2028 DC SCR P (E.D. Cal.).

In addition, plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[2]  See 28 U.S.C. §§ 1914(a), 1915(a).  If

---

[1] On October 21, 2025, the undersigned recommended that Olliver I be dismissed for failure to pay the filing fee and failure to comply with a court order.  (ECF No. 11.)  The order granted plaintiff 21 days to file written objections to the recommendation that the case be dismissed.
[2] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee

1

1  plaintiff intended this to be a separate case, he must either to submit the appropriate affidavit in
2  support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.
3      In accordance with the above, IT IS HEREBY ORDERED that:
4      1.    Within **thirty days** of the service of this order, plaintiff shall notify the court
5  whether he intended the attached complaint in this action to be filed as a separate case or as an
6  amendment to his other case pending before the undersigned, <u>Ollivier v. Proudy, et al.</u>, 2:25-cv-
7  02028 DC SCR P (E.D. Cal.). If plaintiff meant to file an amended complaint in his other case,
8  the attached complaint will be filed as a first amended complaint in <u>Ollivier v. Proudy, et al.</u>,
9  2:25-cv-2028 DC SCR P (E.D. Cal.), and this case will be closed.
10     2.    If plaintiff intended to file a separate case, Plaintiff shall submit, also within **thirty**
11 **days** from the date of this order, an affidavit in support of his request to proceed in forma
12 pauperis on the form provided by the Clerk of Court, or the required fees in the amount of
13 $405.00; plaintiff's failure to comply with this order will result in a recommendation that this
14 action be dismissed.
15     3.    The Clerk of the Court is directed to:
16         a.    Attach a copy of the complaint filed October 21, 2025 (ECF No. 1) to this
17         order; and
18         b.    Send plaintiff a new Application to Proceed In Forma Pauperis By a
19         Prisoner.
20 DATED: November 10, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.