UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. OLLIVER,<br>Plaintiff,<br>v.<br>DOUGLAS PROUDY, et al.,<br>Defendants. | No. 2:25-cv-3046 DAD SCR P<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE</u><br>(Doc. No. 5) |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action on October 21, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On April 7, 2026, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to comply with court orders and failure to pay the required filing fee after plaintiff failed to respond in any way to the magistrate judge's November 12, 2025 order. (Doc. No. 5.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one days. (*Id.* at 2.) Plaintiff has not filed

/////

/////

/////

objections to the findings and recommendations and the time in which to do so has passed.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The April 7, 2026 findings and recommendations (Doc. No. 5) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to comply with court orders and pay the required filing fee. *See* Local Rule 110; *Olivares v. Marshall*, 59 F.3d 109 (9th Cir. 1995); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that although plaintiff was served with the findings and recommendations at his address of record, they were returned to the court by the U.S. Postal Service as "undeliverable, Not at facility." It thus appears that plaintiff has also failed to keep the court apprised of his current address as required by the Local Rules of this court.